JOSEPH PIKE, Respondent, *v.* JOSEPH WALTER, Appellant.

(Argued January 4, 1872; decided May term, 1872.)

ACTION for the conversion of certain farm stock.   Defendant leased to plaintiff his farm.   The lease contained a provi sion that defendant was to have certain stock, consisting of cows, sheep, etc.; he was to pay as rent one-half of the pro-

ducts of the farm and stock. When any of said property was sold or fit for market, the avails were to be equally divided. Said plaintiff was to leave as much worth of stock on the premises as he took. The property in question was part of the stock delivered to plaintiff which were unsold and remained on the premises at the end of the term. Defendant took possession and refused to deliver. The value of the stock in question was appraised at the end of the year by agreement, and showed an increase in value over the first appraisal of $303, for which plaintiff obtained judgment.

*George Sidney Camp* for the appellant.

*C. E. Martin* for the respondent.

LOTT, Ch. C., reads for affirmance, upon the ground, that by the lease, the title to the property was vested in plaintiff. LEONARD, C., concurred.

EARL, C., for affirmance. The parties were joint tenants, plaintiff's interest being the increased value; and defendant, having leased the property to another, was liable for conversion.

HUNT, C., for reversal. Plaintiff was lessee merely, and bound to return the specific articles.

GRAY, C., for reversal, unless plaintiff stipulates to reduce judgment one-half, on the ground that plaintiff was only entitled to one-half the increase.

Judgment affirmed, with costs.